# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | | |
|---|---|---|
| ANTONIO MARQUETTE MANGRAM, | ) | |
|     Movant, | ) | |
| v. | ) | Case No. CV615-022 |
| | ) |            CR612-018 |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

## ORDER

Let a copy of this Report and Recommendation be served upon counsel for the parties. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than October 14, 2015. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable Lisa Godbey Wood, Chief Judge, on October 15, 2015. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this 30th day of September, 2015.

                                                      /s/ Smith
                                                UNITED STATES MAGISTRATE JUDGE
                                                SOUTHERN DISTRICT OF GEORGIA